United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELENA M. DAVID,<br><br>    Plaintiff,<br><br>  v.<br><br>J. STEEL ALPHIN, AMY WOODS BRINKLEY, EDWARD J. BROWN, III, CHARLES J. COOLEY, RICHARD M. DEMARTINI, BARBARA J. DESOER, JAMES H. HANCE, LIAM E. MCGEE, EUGENE M. MCQUADE, ALVARO G. DEMOLINA, MICHAEL E. O'NEILL, OWEN G. SHELL, JR., R. EUGENE TAYLOR, F. WILLIAM VANDIVER, JR., BRADFORD H. WARNER, WILLIAM BARNET, III, CHARLES W. COKER, JOHN T. COLLINS, GARY L. COUNTRYMAN, PAUL FULTON, CHARLES K. GIFFORD, STEVEN JONES, KENNETH D. LEWIS, WALTER E. MASSEY, THOMAS J. MAY, PATRICIA E. MITCHELL, EDWARD L. ROMERO, THOMAS M. RYAN, O. TEMPLE SLOAN, JR., MEREDITH R. SPANGLER, ROBERT L. TILLMAN, JACKIE M. MARD, BANK OF AMERICA CORPORATION, BANK OF AMERICA CORPORATION CORPORATE BENEFITS COMMITTEE, BANK OF AMERICA CORPORATION BOARD OF DIRECTORS, and DOES 1–20,<br><br>    Defendants.<br>———————————————————————/ | No. C 06-04763 WHA<br><br>**ORDER RE DEADLINE FOR FILING MOTION TO TRANSFER** |

    As stated by the Court at the case management conference and reiterated in the minutes, defendants' motion to transfer shall be filed no later than **NOVEMBER 30, 2006**. The Court is

disappointed that counsel wished to misinterpret this deadline because it was not stated in the case management order.

**IT IS SO ORDERED.**

Dated:  November 15, 2006.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE