MATTHEW D. POWERS (Cal. Bar. No. 212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

ROBERT N. ECCLES
beccles@omm.com
GARY S. TELL *Pro Hac Vice*
gtell@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendant
Bank of America Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| ELENA M. DAVID,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>J. STEELE ALPHIN, *ET AL.*,<br><br>　　　　　　Defendants. | Case No. 06-cv-04763 WHA<br><br>**Declaration of Allison L. Gilliam in Support of Motion for Transfer of Venue by Defendant Bank of America Corporation**<br><br>Hearing Date: January 4, 2007<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable William Alsup |

Declaration of Allison L. Gilliam in Support of
Motion for Transfer of Venue by Defendant
Bank of America Corporation

CASE NO. 06-CV-04763 WHA

I, Allison L. Gilliam, hereby state and declare as follows:

1. This Declaration is submitted in support of the Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) filed by defendant Bank of America Corporation ("Bank of America").

2. I have been Assistant Secretary of Bank of America Corporation since 1993. I work and reside in Charlotte, North Carolina. My office and files are also located in Charlotte, North Carolina.

3. The facts set forth in this Declaration are based on my personal knowledge, and information and records of the regularly conducted business activities of Bank of America.

4. If called to testify as a witness, I can testify to the matters and facts set forth in this Declaration.

5. Since January 2005, the Bank of America Corporation Board of Directors Compensation Committee ("Compensation Committee") has appointed members of the Corporate Benefits Committee ("CBC"). The Compensation Committee, which currently has four members, customarily holds quarterly meetings in Charlotte.

6. I have reviewed the addresses of record for the Board of Directors, including Compensation Committee members, from 2000 to the present.

7. The addresses of record for three of the current Compensation Committee members are in North Carolina; the fourth is in Rhode Island. No person who served on the Compensation Committee from January 1, 2005 to the present has a record address in the Northern District of California.

8. Prior to January 1, 2005, the full Board of Directors appointed the CBC. None of the current Directors have record addresses in the Northern District of California. From 2000 to the present, the majority of the Board members have record addresses on the East Coast, with the Carolinas as the most common location.

Declaration of Allison Gilliam in Support of
Motion for Transfer of Venue by Defendant        - 2 -        CASE NO. 06-CV-04763 WHA
Bank of America Corporation

I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 29th day of November, 2006, at Charlotte, North Carolina.

*Allison L. Gilliam*

Allison L. Gilliam
Declaration of Allison Gilliam in Support of
Motion for Transfer of Venue by Defendant         - 3 -         CASE NO. 06-CV-04763 WHA
Bank of America Corporation