MATTHEW D. POWERS (Cal. Bar. No. 212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

ROBERT N. ECCLES
beccles@omm.com
GARY S. TELL *Pro Hac Vice*
gtell@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C. 20006-4001
Telephone:   (202) 383-5300
Facsimile:    (202) 383-5414

Attorneys for Defendant
Bank of America Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELENA M. DAVID,<br><br>              Plaintiff,<br><br>     v.<br><br>J. STEELE ALPHIN, *ET AL.*,<br><br>              Defendants. | Case No. 06-cv-04763 WHA<br><br>**Declaration of Matthew D. Powers in Support of Motion for Transfer of Venue by Defendant Bank of America Corporation**<br><br>Hearing Date: January 4, 2007<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable William Alsup |

Declaration of Matthew D. Powers in Support
of Motion for Change of Venue by Defendant
Bank of America Corporation

CASE NO. 06-CV-04763 WHA

I, Matthew D. Powers, state and declare as follows:

1. This Declaration is submitted in support of the Motion for Transfer of Venue pursuant to 28 U.S.C. § 1404(a) filed by defendant Bank of America Corporation ("Bank of America").

2. I am an attorney at O'Melveny & Myers LLP, counsel for Bank of America in the above-styled matter. I have personal knowledge of the following and, if called to do so, could testify competently thereto.

3. Attached hereto as Exhibit A is a true and correct copy of the preliminary[1] transcript of the November 28, 2006, deposition of Elena M. David.

4. Attached hereto as Exhibit B is a true and correct copy of the transcript of the November 9, 2006, initial case management conference in this matter.

5. Attached hereto as Exhibit C is a true and correct copy of a letter provided by plaintiff's counsel to O'Melveny & Myers by e-mail on November 29, 2006. Exhibit C is purportedly the letter from William G. Bertain to the plaintiff referenced at page eight, lines seven through seventeen of Elena M. David's deposition.

Executed this 30th day of November, 2006, at San Francisco, California.

Matthew D. Powers

---

[1] The time to file an errata sheet pursuant to Fed. R. Civ. P. 30(e) has not yet expired.

Declaration of Matthew D. Powers in Support
of Motion for Transfer of Venue by Defendant           - 1 -           CASE NO. 06-CV-04763 WHA
Bank of America Corporation