MATTHEW D. POWERS (Cal. Bar. No. 212682)
mpowers@omm.com
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

ROBERT N. ECCLES
beccles@omm.com
GARY S. TELL *Pro Hac Vice*
gtell@omm.com
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, D.C.  20006-4001
Telephone:   (202) 383-5300
Facsimile:   (202) 383-5414

Attorneys for Defendants Bank of America Corporation, the Bank of America Corporation Corporate Benefits Committee, J. Steele Alphin, Amy Woods Brinkley, Edward Brown III, Charles J. Cooley, Richard M. DeMartini, Barbara J. Desoer, James H. Hance, Jr., Kenneth D. Lewis, Liam E. McGee, Alvaro de Molina, Owen G. Shell, Jr., R. Eugene Taylor, F. William Vandiver, Jr., Bradford H. Warner, the Bank of America Corporation Board of Directors, William Barnet, III, Frank P. Bramble, Sr., Charles W. Coker, John T. Collins, Gary L. Countryman, Tommy R. Franks, Paul Fulton, Charles K. Gifford, Steven Jones, Walter E. Massey, Thomas J. May, Patricia E. Mitchell, Edward L. Romero, Thomas M. Ryan, O. Temple Sloan, Jr., Meredith R. Spangler, Robert L. Tillman and Jackie M. Ward

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELENA M. DAVID,<br><br>Plaintiff,<br><br>v.<br><br>J. STEELE ALPHIN, *ET AL.*,<br><br>Defendants. | Case No.  06-cv-04763 WHA<br><br>**Declaration of Richard J. Dorazil in Support of Motion to Dismiss by Defendants**<br><br>Hearing Date: January 18, 2007<br>Time: 8:00 a.m.<br>Place: Courtroom 9, 19th Floor<br>Judge: Honorable William Alsup |

Declaration of Richard J. Dorazil in Support of
Motion to Dismiss by Defendants

CASE NO. 06-CV-04763 WHA

1   I, Richard J. Dorazil, hereby state and declare as follows:

2   1.   This Declaration is submitted in support of the Motion to Dismiss filed by Defendants.

3   2.   I have been a Senior Vice President in Global Human Resources at Bank of America, N.A. since 2002. My official title is Senior Vice President, Global Benefits Executive. I am responsible for benefits administration for Bank of America Corporation ("Bank of America") and its affiliates.

4   3.   The facts set forth in this Declaration are based on my personal knowledge, and information and records of the regularly conducted business activities of Bank of America, the Bank of America 401(k) Plan (the "401(k) Plan"), and the Bank of America Pension Plan (the "Pension Plan").

5   4.   If called to testify as a witness, I can testify to the matters and facts set forth in this Declaration.

6   5.   Attached as Exhibit A is a true and correct copy of the Bank of America 401(k) Plan (as amended effective January 1, 2006) and amendment thereto.

7   6.   Attached as Exhibit B is a true and correct copy of the Bank of America 401(k) Plan (as amended effective January 1, 2005) and amendment thereto.

8   7.   Attached as Exhibit C is a true and correct copy of the Bank of America 401(k) Plan (as amended effective January 1, 2001) and amendments thereto.

9   8.   Attached as Exhibit D is a true and correct copy of the Bank of America 401(k) Plan (as amended effective July 1, 2000) and amendments thereto.

10   9.   Exhibits A through D constitute a complete set of all versions of the 401(k) Plan plan documents that were effective during the six-year period prior to August 7, 2006, the date this action was filed.

11   10.   Attached as Exhibit E is a true and correct copy of the 2005 Form 5500, Annual Return/Report of Employee Benefit Plan, executed on behalf of the 401(k) Plan on October 12, 2006.

11. Attached as Exhibit F is a true and correct copy of the Bank of America Pension Plan (as amended and restated effective January 1, 2006).

12. Attached as Exhibit G is a true and correct copy of the Bank of America Pension Plan (as amended and restated effective July 1, 2001) and amendments thereto.

13. Attached as Exhibit H is a true and correct copy of the Pension Plan (as amended effective July 1, 2000) and amendments thereto.

14. Exhibits F through H constitute a complete set of all versions of the Pension Plan plan documents that were effective during the six-year period prior to August 7, 2006, the date this action was filed.

15. Attached as Exhibit I is a true and correct copy of the 2005 Form 5500, Annual Return/Report of Employee Benefit Plan, executed on behalf of the Pension Plan on October 12, 2006.

16. Attached as Exhibit J is a true and correct copy of Bank of America's 2006 Associate Handbook Retirement Plans Supplement. Relevant portions of the Associate Handbook Retirement Plans Supplement constitute the summary plan descriptions of the 401(k) Plan and the Pension Plan. Pages eight through forty-one relate to the 401(k) Plan, and pages forty-two through fifty-eight relate to the Pension Plan.

17. I declare under penalty of perjury, and pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 14 day of December, 2006, at Charlotte, North Carolina.

*Richard J. Dorazil*
Richard J. Dorazil